UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **GREGORY L. DUNN,** )  <br> ) <br> **Plaintiff,** ) <br> **v.** ) <br> ) <br> **JO ANNE B. BARNHART, Commissioner,** ) <br> **Social Security Administration,** ) <br> ) <br> **Defendant.** ) | **Case No. 05-CV-2029** |

## ORDER

A Report and Recommendation (#13 was filed by the Magistrate Judge in the above cause on January 27, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#13) is accepted by this court.

(2) Defendant's Motion for an Order Which Affirms the Secretary's Decision (#11) is GRANTED.

(3) Plaintiff's Motion for Summary Judgment (#7) is DENIED.

(4) This case is terminated.

ENTERED this 16th day of February, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE